UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

JOSEPH PAUL O'BRYAN                                              MOVANT/DEFENDANT

v.                                              CRIMINAL ACTION NO. 3:13-CR-00147-CRS-DW
                                               CIVIL ACTION NO. 3:16-CV-00584-CRS

UNITED STATES OF AMERICA                        RESPONDENT/PLAINTIFF

Order

Joseph Paul O'Bryan filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. Mot. Vacate 1, ECF No. 43. O'Bryan challenges his conviction in light of *Johnson v. United States*, 135 S. Ct. 2551 (2015). *Id*. The United States responded. Resp. Opp. Mot. Vacate 1, ECF No. 50. O'Bryan did not reply. Magistrate Judge Dave Whalin made findings of fact, conclusions of law, and a recommendation that O'Bryan's motion to vacate, set aside, or correct his sentence be denied and that O'Bryan be denied a certificate of appealability. R. & R. 12, ECF No. 55. O'Bryan did not object.

Under 28 U.S.C. § 636(b), a magistrate judge may make proposed findings of fact and recommendations for the disposition of a motion. A party may file written objections to the findings and recommendations within 14 days of being served with the proposed findings and recommendation. *Id*. The district court then "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id*. "Failure to file timely objections with the district court waives subsequent review in the court of appeals." *Thomas v. Arn*, 474 U.S. 140, 144–45 (1985).

Because O'Bryan has filed no objections, the magistrate judge's findings of fact, conclusions of law, and recommendation are **ACCEPTED** and **ADOPTED** in their entirety.

O'Bryan's motion to vacate, set aside, or correct his sentence is **DENIED**. O'Bryan is also **DENIED** a certificate of appealability.

April 29, 2017

**Charles R. Simpson III, Senior Judge**
**United States District Court**